IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-274-UA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL |
| v. ) | |
| ) | |
| DEWAYNE ERIC SEYMORE ) | |

Upon motion of the United States, it is hereby ORDERED, *for the reasons stated in the motion*, that the Criminal Information and the Plea Agreement for the above captioned defendant, the Motion to Seal and this Order to Seal, be SEALED. It is further ordered that this matter remain sealed until such time that the United States Attorney seeks to unseal.

The Clerk is hereby ORDERED to provide a copy of the sealed criminal information and plea agreement to the United States Attorney's Office, counsel for defendant and the United States Probation Office.

This the 25 day of Sept., 2015.

_____
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE