UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00274-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DEWAYNE ERIC SEYMORE, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby

ORDERED that the Notice of Victims' Statements (DE 74) Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 be filed ex parte and under seal.

This 14 day of ~~December, 2021~~. January 2022

JAMES C. DEVER III
United States District Judge